**Order filed February 28, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00699-CV
_____

### RALPH O. DOUGLAS, Appellant

### V.

### HONORABLE BRADY G. ELLIOTT, Appellee

**On Appeal from the 240th District Court
Fort Bend County, Texas
Trial Court Cause No. 12-DCV-196294**

## ORDER

This attempted appeal is from an order signed June 28, 2012, dismissing the underlying suit. Ralph O. Douglas has been declared a vexatious litigant and is therefore subject to the pre-filing order under section 11.101. Tex. Civ. Prac. & Rem. Code §§ 11.101, 11.103 (West Supp. 2012).

Under section 11.103(a), the clerk of this court may not file an appeal presented by a vexatious litigant subject to a pre-filing order under section 11.101

unless the litigant obtains an order from the local administrative judge permitting the filing, or the appeal is from a pre-filing order entered under section 11.101 designating a person a vexatious litigant. Tex. Civ. Prac. & Rem. Code Ann. § 11.103(a) & (d) (West Supp. 2012). This is not an appeal from a pre-filing order entered under section 11.101. Accordingly, this court will consider dismissal of this appeal unless appellant, within 10 days of the date of this order, shows that he has obtained an order from the local administrative judge permitting the filing of this appeal. *See* Tex. Civ. Prac. & Rem. Code Ann. § 11.103(a) (West Supp. 2012).

PER CURIAM